FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAMES DANIEL BACON,

Plaintiff,

v.

THOMAS M. HILL, and SHAWN M. HOBBS,

Defendants.

NO. 2:24-CV-0245-TOR

ORDER DENYING MOTION FOR DECLARATORY JUDGMENT

BEFORE THE COURT is Plaintiff's Motion for Declaratory Judgment (ECF No. 81). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

This action against Defendants Hill and Hobbs has been allowed to proceed solely on Plaintiff's allegations of Fourteenth Amendment due process violations concerning a lack of infraction proceedings. ECF No. 14 at 28-31. Plaintiff now moves the Court for declaratory judgment defining a pretrial detainees visitation rights and whether a jail's use of video technology for a video call can legally

constitute a "visit." ECF No. 81 at 1. Plaintiff has only plead one facially plausible cause of action against the named Defendants that has been allowed to go forward. The conduct Plaintiff now complains of is not relevant to that claim nor does it involve the Defendants before the Court. *Friends of the Earth, Inc. v. Laidlaw Envt'l Srvs. (TOC), Inc.*, 528 U.S. 167, 180-81 (2000) ("[A] plaintiff must show (1) it has suffered an 'injury in fact' that is (a) concrete and particularized and (b) actual or imminent, not conjectural or hypothetical; (2) the injury is fairly traceable to the challenged action of the defendant; and (3) it is likely, as opposed to merely speculative, that the injury will be redressed by a favorable decision.").

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Declaratory Judgment (ECF No. 81) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel and Plaintiff.

DATED August 27, 2026.

THOMAS O. RICE
United States District Judge